UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CALVIN LEWIS (#117327)**<br>**Plaintiff** | **DOCKET NO. 5:15-cv-2504; SEC. P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **BOSSIER MEDIUM FACILITY, ET AL.**<br>**Defendants** | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 complaint be **DENIED and DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(b).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 14th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE